# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES SIMONSON,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **BOROUGH OF TAYLOR and WILLIAM ROCHE,** | : | Civil No. 18-CV-2445 |
| | : | |
| Defendants and Third Party Plaintiffs, | : | (JUDGE MANNION) |
| v. | : | |
| **LORETTA SIMONSON,** | : | |
| Third Party Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion to strike, **(Doc. 19)**, defendants' TPC, **(Doc. 17)**, is **GRANTED**, and defendants' TPC is **DISMISSED IN ITS ENTIRETY**; and

**(2)** Loretta Simonson is **DISMISSED** from this case as the third party defendant.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 10, 2019**
18-2445-01-ORDER.wpd