UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SIMONSON, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-2445 |
| v. | : | (JUDGE MANNION) |
| BOROUGH OF TAYLOR and WILLIAM ROCHE, | : | |
| | : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 38)**, is **GRANTED** with respect to plaintiff's federal claims in Counts I-IV and VII-VIII in his amended complaint, **(Doc. 15)**, and **JUDGMENT** is entered in favor of defendants and against plaintiff on these claims.

**(2)** Plaintiff's state law claims against defendants in Counts II, III, V and VI of his amended complaint are **DISMISSED WITHOUT PREJUDICE**.

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 30, 2020
18-2445-02-ORDER-Word